No. 68423.—The Sheffield Corporation *v.* United States, protest 194449-K (Cleveland).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of parts for the Sheffield microform grinder similar in all material respects to those the subject of Abstract 67391, the claim of the plaintiff was sustained.